CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

03/07/2019

JULIA C. DUDLEY, CLERK
BY:    s/ F. COLEMAN
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | | |
|---|---|---|
| **CREMIUM, LLC,** | ) | **Civil Action No. 6:18-cv-00063** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EASTERN SHORE FOREST** | ) | |
| **PRODUCTS, INC.** | ) | **Judge Norman K. Moon** |
| | ) | **Senior United States District Judge** |
| **Defendant.** | ) | |

Based upon the Stipulation of Dismissal filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, in which the parties request the Court to retain jurisdiction to enforce the terms of the parties' Settlement Agreement (Dkt. 37), it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE** and that the Court shall retain jurisdiction for purposes of enforcement only.

The Clerk of the Court is directed to strike this matter from the active docket of the Court. The Clerk is further directed to send a certified copy of this Order to all counsel of record.

**ENTERED t**his ___7th___ day of March, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE